AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Eddy Rooy Bencomo Coronado,<br>a.k.a.: Eddy Bencomo-Coronado,<br>a.k.a.: Eddy Rooy Bencomo-Coronado,<br>(A 210 052 405)<br>*Defendant* | Case No. 16-484MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 2, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Eddy Rooy Bencomo Coronado, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 9, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Matthew Binford

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 12, 2016

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 2, 2016, Eddy Rooy Bencomo Coronado was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Bencomo Coronado was examined by ICE Officer F. Reyes Jr. who determined Bencomo Coronado to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 11, 2016, Bencomo Coronado was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Bencomo Coronado was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Eddy Rooy Bencomo Coronado to be a citizen of Mexico and a previously deported criminal alien. Bencomo Coronado was removed from the United States to Mexico through Nogales, Arizona, on or about September 9,

2015, pursuant to an order of removal issued by an immigration judge. There is no record of Bencomo Coronado in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bencomo Coronado's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Eddy Rooy Bencomo Coronado was convicted of Shoplifting with Artifice or Device, a felony offense, on January 30, 2014, in the Superior Court of Arizona, Maricopa County. Bencomo Coronado was sentenced to one (1) year of incarceration. Bencomo Coronado's criminal history was matched to him by electronic fingerprint comparison.

5. On October 11, 2016, Eddy Rooy Bencomo Coronado was advised of his constitutional rights. Bencomo Coronado acknowledged that he understood his rights; however, he indicated he was not willing to make a statement without anyone else present, but subsequently answered questions and signed his statement.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 2, 2016, Eddy Rooy Bencomo Coronado, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having

been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 9, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 12th day of October, 2016.
_____
Michelle H. Burns,
United States Magistrate Judge